UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America,</u>
    Plaintiff

        v.                Case No. 09-cv-47-SM

<u>Land and Buildings located at</u>
<u>267 Silver Street, Manchester, NH,</u>
<u>with All Appurtenances and Improvements</u>
<u>Thereon, Owned by Wilfredo C. Martinez</u>
<u>and Lilliam Enid Soler Negron,</u>
    Defendant in-rem

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 23, 2010, no objection having been filed, for the reasons set forth therein.  Claimants Wilfredo Martinez and Lilliam Enid Soler Negron's motions for leave to file claims (document numbers 21 and 23, respectively) are granted.  Verified claims are to be filed on or before March 31, 2010.  Claimants Wilfredo Martinez and Lilliam Enid Soler Negron's motion to extend time to answer (document number 28) is also granted.  Claimants' answers are to be filed on or before March 31, 2010.  The government's motion to strike (document no. 24) is hereby denied.

SO ORDERED.

March 18, 2010                             _____
                                           Steven J. McAuliffe
                                           Chief Judge


cc:   All Counsel of Record